JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MARK CHEEK,　　　　　　　　　　　　　　Case No.: 2:10-cv-06141-CAS-JCG

　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　vs.

JD ENTERPRISE AND FINANCIAL SERVICES,

　　　　Defendant.

---

　　Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(i) the above reference matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 21, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable Judge
　　　　　　　　　　　　　　　　United States District Judge

- 1 -

[PROPOSED] ORDER